Julian J. Fisher, appellee, v. American Sand & Gravel Company, appellant. Gen. No. 33,625.

Opinion filed January 6, 1930.

Schall & Schall, for appellant; S. M. Schall and Wallace S. Schall, of counsel. Joel C. Carlson, for appellee.

Mr. Justice Matchett delivered the opinion of the court.